■ GRACE MURTHA et al., Appellants, v GERALD PALERMO, as Chairman of the Board of Zoning Appeals of the Township of Brookhaven, et al., Respondents. [610 NYS2d 913] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Lama, J. (Appeal from Judgment of Supreme Court, Suffolk County, Lama, J.—Article 78.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.